JOSEPHINE CICCONE, Respondent, v. ALFRED D. FAY, Appellant.—

Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.